# Exhibit 2



**U.S. Patent No. 6,313,992 – Infringement of Claim 21 by IBM**

| The '992 Patent | Exemplary Support |
|---|---|
| 21. A method for cooling an electronic component comprising: | IBM's ICECool system was developed "to overcome the thermal barrier of stacking chips," and can https://www.ibm.com/blogs/research/2017/08/beat-heat-3d-chip-stacks-icecool/ (attached hereto) |
| providing an internal passageway in the component; | IBM's ICECool technology utilizes passageways "microscopic gaps" between the chips at any level of the stack.<br><br>(d)<br>Etched into the back of the processor die |



SAN DIEGO IP LAW GROUP LLP

| The '992 Patent | Exemplary Support |
|---|---|
| providing a plurality of other passageways in the component connecting the internal passageway to the surface of the component; and | IBM's cooling system uses passageways in certain components to connect the internal passageways of the integrated circuit board to the surface of the chip. The passageways allow for the dielectric fluid to be circulated throughout the system. The dielectric fluid removes the heat from the system as it circulates through the system and further dissipates heat by boiling from a liquid-phase to vapor-phase. Certain components have a plurality of other passageways, which connect the internal passageways to the surface of the components allowing for dielectric fluid to re-condense and dump heat to an ambient environment, further cooling the system.  |



| The '992 Patent | Exemplary Support |
|---|---|
| supplying a cooling fluid capable of phase change under sufficient pressure to said internal passageway to conductively cool the interior of the component and to at least partially evaporatively cool the surface of said component. | IBM's chip-embedded cooling technology pumps heat-extracting dielectric fluid, a cooling fluid, into microscopic gaps between the chips. The fluid conductively removes the heat from the chip as it passes through the interior passageways of the component. The fluid, capable of a phase change, then evaporatively cools the surface of the component by boiling from liquid-phase to vapor-phase. The fluid then re-condenses, dumping the heat to the ambient environment where the process begins again. A dielectric coolant is fed in at the center of the die and moves through the passageways and exits at the edges of the die. The ICECool can come into contact with electrical connections so it is not limited to one part of the chip or stack. It can be in direct contact with any and all electrical components.<br><br> |