QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert W. Stone (Bar No. 163513)
  robertstone@quinnemanuel.com
  Brice C. Lynch (Bar No. 288567)
  bricelynch@quinnemanuel.com
  Joseph E. Reed (Bar No. 323524)
  joereed@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
T: 650.801.5000
F: 650.801.5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Michael D. Powell (Bar No. 202850)
  mikepowell@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
T: 415.875.6600
F: 415.875.6700

Attorneys appearing specially for IBM Corporation

INSIGNE LLP
  Trevor Q. Coddington, PH.D. (Bar No. 243042)
  trevorcoddington@sandiegoiplaw.com
  Cody R. LeJeune (Bar No. 249242)
  codylejeune@sandiegoiplaw.com
  Charles A. Blazer, II (Bar No. 282495)
  charlesblazer@sandiegoiplaw.com
701 Palomar Airport Rd., Suite 230
Carlsbad, CA 92011
T: (858) 227-6633
F: (858) 408-4422

Attorneys for Power Density Solutions LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER DENSITY SOLUTIONS LLC, a Delaware limited liability company,<br><br>*Plaintiff,*<br><br>v.<br><br>IBM CORPORATION, a New York Corporation, and DOES 1-10, inclusive,<br><br>*Defendant* | Case No. 3:19-cv-03710-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CASE DEADLINES BASED ON NEW AMENDED COMPLAINT<br><br>Hon. Richard Seeborg |

Pursuant to Civil Local Rules 6-1(b), 6-2(a), and 7-12, Plaintiff Power Density Solutions LLC ("PDS") and Defendant IBM Corporation ("IBM"), through their respective attorneys, declare as follows:

WHEREAS, on June 26, 2019, Plaintiff Power Density Solutions LLC ("PDS") commenced the instant action by filing a complaint (the "Original Complaint") against Defendant IBM Corporation ("IBM") in this Court;

WHEREAS, on October 10, 2019, the Court held an initial case management conference and the Court issued an Initial Case Management Scheduling Order setting case deadlines (Dkt. No. 30);

WHEREAS, on October 17, 2019 PDS filed an amended complaint (the "Amended Complaint") adding an additional claim of patent infringement for an additional patent against IBM (Dkt. No. 31);

WHEREAS, the current Initial Case Management Scheduling Order was based on there being one patent in the case that was asserted on June 26, 2019;

WHEREAS, there have been three stipulated extensions to respond to the Original Complaint that did not require a court order and no extensions of time in this case requiring a court order.

NOW THEREFORE, pursuant to Civil Local Rules 6-1(b), 6-2(a), and 7-12, the parties hereto stipulate to extend all the ordered case deadlines as indicated in the table below:

| Event | Current Deadline | New Stipulated Deadline |
|---|---|---|
| Response to Complaint | October 23, 2019 | November 21, 2019 |
| Opposition to Motion to Dismiss | November 27, 2019 | January 24, 2020 |
| Reply in Support of Motion to Dismiss | December 18, 2019 | February 14, 2020 |
| Hearing on Motion to Dismiss | January 9, 2020 at 1:30 p.m. | February 27, 2020 at 1:30 p.m. |
| Disclosure of Asserted Claims & Infringement Contentions (Pat. L.R. 3-1 & 3-2) | January 13, 2020 | February 18, 2020 |
| Invalidity Contentions (Pat. L.R. 3-3 & 3-4) | April 13, 2020 | May 18, 2020 |
| Exchange of Proposed Terms for Construction (Pat. L.R. 4-1) | April 27, 2020 | June 1, 2020 |

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES BASED ON NEW AMENDED COMPLAINT

| Event | Current Deadline | New Stipulated Deadline |
|---|---|---|
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Pat. L.R. 4-2) | May 4, 2020 | June 8, 2020 |
| File Joint Claim Construction and Prehearing Statement (Pat. L.R. 4-3) | June 12, 2020 | July 17, 2020 |
| Completion of Claim Construction Discovery (Pat. L.R. 4-4) | July 13, 2020 | August 17, 2020 |
| PDS Opening Claim Construction Brief (Pat. L.R. 4-5(a)) | August 3, 2020 | September 7, 2020 |
| IBM Opposition Claim Construction Brief (Pat. L.R. 4-5(b)) | August 24, 2020 | September 28, 2020 |
| PDS Reply Claim Construction Brief (Pat. L.R. 4-5(c)) | August 31, 2020 | October 5, 2020 |
| Claim Construction Hearing (Pat. L.R. 4-6) | September 14, 2020 | October 19, 2020 |

| | |
|---|---|
| DATED: October 30, 2019 | Respectfully submitted, |

By /s/ Michael D. Powell

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert W. Stone (Bar No. 163513)
  robertstone@quinnemanuel.com
  Brice C. Lynch (Bar No. 288567)
  bricelynch@quinnemanuel.com
  Joseph E. Reed (Bar No. 323524)
  joereed@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
T: 650.801.5000
F: 650.801.5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Michael D. Powell (Bar No. 202850)
  mikepowell@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
T: 415.875.6600
F: 415.875.6700

Attorneys appearing specially for IBM Corporation

DATED: October 30, 2019    Respectfully submitted,

By /s/ Cody R. LeJeune

INSIGNE LLP
  Trevor Q. Coddington, PH.D. (Bar No. 243042)
  trevorcoddington@sandiegoiplaw.com
  Cody R. LeJeune (Bar No. 249242)
  codylejeune@sandiegoiplaw.com
  Charles A. Blazer, II (Bar No. 282495)
  charlesblazer@sandiegoiplaw.com
701 Palomar Airport Rd., Suite 230
Carlsbad, CA 92011
T: (858) 227-6633
F: (858) 408-4422

Attorneys for Power Density Solutions LLC

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/4/19

_____
RICHARD SEEBORG
United States District Judge