**INSIGNE LLP**
TREVOR Q. CODDINGTON, PH.D. (CSB NO. 243042)
trevorcoddington@sandiegoiplaw.com
CODY R. LEJEUNE (CSB NO. 249242)
codylejeune@sandiegoiplaw.com
CHARLES A. BLAZER, II (CSB NO. 282495)
charlesblazer@sandiegoiplaw.com
701 Palomar Airport Rd., Suite 230
Carlsbad, CA 92011
Telephone: (858) 227-6633
Facsimile: (858) 408-4422

Attorneys for Plaintiff,
POWER DENSITY SOLUTIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER DENSITY SOLUTIONS LLC, a Delaware limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>IBM CORPORATION, a New York corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:19-CV-03710-RS<br><br>**DECLARATION OF CODY R. LEJEUNE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

I, Cody R. LeJeune, declare as follows:

1. I am counsel for plaintiff Power Density Solutions, LLC. I make this declaration based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. Attached to this Declaration as Exhibit 1 is a true and correct copy of an article from www.zdnet.com titled "IBM and its Silicon Valley connection."

3. Attached to this Declaration as Exhibit 2 is a true and correct copy of a webpage from www.Indeed.com showing number of employee reviews for IBM in San Jose, CA.

4. Attached to this Declaration as Exhibit 3 is a true and correct copy of a press release from www.ibm.com titled "California State Government and IBM Launch the State's First of its Kind Collaboration to Create Technology Apprenticeships."

5. Attached to this Declaration as Exhibit 4 is a true and correct copy of an article from www.coindesk.com titled "IBM Blockchain Assists Groundwater Pilot in Drought-Prone California."

6. Attached to this Declaration as Exhibit 5 is a true and correct copy of an article from www.cloudwedge.com titled "IBM to Power California State's CalCloud."

7. Attached to this Declaration as Exhibit 6 is a true and correct copy of a press release from www.govtech.com titled "IBM signs $5.5 Million Contract to Modernize California DMV Website."

8. Attached to this Declaration as Exhibit 7 is a true and correct copy of an article from www.ibmbigdatahub.com titled "How a California county is using data and AI to help citizens in need."

9. Attached to this Declaration as Exhibit 8 is a true and correct copy of an article from www.sanfrancisco.cbslocal.com titled "IBM and San Jose State Partner to Advance Tech Education."

10. Attached to this Declaration as Exhibit 9 is a true and correct copy of a press release from www.ucdavis.edu titled "UC Davis Collaborates with IBM in Aggie Square Launch Facility."

11. Attached to this Declaration as Exhibit 10 is a true and correct copy of a press release from www.ibm.com titled "IBM, Stanford Collaborate on World-Class Spintronics Research."

12. Attached to this Declaration as Exhibit 11 is a true and correct copy of an article from www.healthcareitnews.com titled "IBM, UC San Diego launch aging-based AI center."

13. Attached to this Declaration as Exhibit 12 is a true and correct copy of an article from www.thenextweb.com titled "IBM's Call For Code Hackathon Takes Aim at California's Wildfire Problem."

14. Attached to this Declaration as Exhibit 13 is a true and correct copy of an event announcement from www.idug.org titled "2019 IDUG & IBM Data Tech Summit."

15. Attached to this Declaration as Exhibit 14 is a true and correct copy of an article from www.qz.com titled "This US mayor joked cops should 'mount.50-caliber' guns where AI predicts crime."

16. Attached to this Declaration as Exhibit 15 is a true and correct copy of an article from www.datacenterknowledge.com titled "IBM Cool Blue Shines in Vendor 'Chill Off'."

17. Attached to this Declaration as Exhibit 16 is a true and correct copy of a press release from www.ibm.com titled "IBM Unveils Plan to Combat Data Center Energy Crisis; Allocates $1 Billion to Advance 'Green' Technology and Services."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I have executed this declaration on January 24, 2020.

Dated: January 24, 2020

By: /s/Cody LeJeune
CODY R. LEJEUNE